TRACY L. WILKISON
United States Attorney
By: FARAZ R. MOHAMMADI (714-338-3599)
8000 United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. DAVID ALAN GONZALEZ, DEFENDANT | CASE NUMBER 8:21-MJ-00845-DUTY ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
|---|---|

A Magistrate's Complaint having been filed before the Honorable John D. Early, United States Magistrate Judge, in Santa Ana, California, against the above-named defendant, charging a violation of Title 18, United States Code, Section 751, and the United States Attorney having moved for a dismissal of the complaint by the presentment of this Order,

IT IS HEREBY ORDERED that said Complaint be dismissed without prejudice and that any order of detention as to this charge be vacated.

IT IS FURTHER ORDERED that defendant be transferred by the United States Marshal's Service to the custody of the Bureau of Prisons to serve the remainder of his sentence imposed in <u>United States v. David Alan Gonzalez</u>, Case No. 3:17-CR-00099-SLG-3, in the United States District Court, District of Alaska.

Date: February 01, 2022

_____
Honorable John D. Early
United States Magistrate Judge

Presented by:

     /s/
_____
FARAZ R. MOHAMMADI
Assistant United States Attorney

**Complaint Filed: December 29, 2021**

**Is the person in custody?**
YES ☒
NO ☐